McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY ) <br> $3,199.20 IN U.S. CURRENCY, ) <br> ) <br> APPROXIMATELY $230.61 IN U.S. ) <br> CURRENCY and, ) <br> ) <br> APPROXIMATELY $1,067.15 IN U.S. ) <br> CURRENCY ) <br> ) <br> Defendants. ) <br> _____ ) | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and Claimant Amen Ahmed Ali, ("Claimant"), by and through his respective attorney, as follows:

1. On or about November 6, 2006, Claimant filed a claim, in the administrative forfeiture proceeding, with the Federal Bureau of Investigation with respect to the approximately $3,199.20 in U.S. Currency, approximately $230.61 in U.S. Currency, and approximately $1,067.15 in U.S. Currency, (the "currency"), which was seized on or about September 7, 2006.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 21 U.S.C. § 881 to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the

1 Claimant has filed a claim to the currency as required by law in the administrative forfeiture
2 proceeding.

3    3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
4 forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to
5 forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings,
6 unless the court extends the deadline for good cause shown or by agreement of the parties.

7    4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to
8 March 30, 2007, the time in which the United States is required to file a civil complaint for forfeiture
9 against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

10    5. Accordingly, the parties agree that the deadline by which the United States shall be
11 required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging
12 that the currency is subject to forfeiture shall be extended to March 30, 2007.

Dated: January 31, 2007    McGREGOR W. SCOTT
United States Attorney

/s/ Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney

Dated: January 31, 2007    /s/ David A. Torres
DAVID A. TORRES
Attorney for Claimant

(Original signature retained by attorney)

IT IS SO ORDERED.

Dated: **February 1, 2007**    **/s/ Dennis L. Beck**
3b142a    UNITED STATES MAGISTRATE JUDGE