```
1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-MC-00005-SMS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| APPROXIMATELY $3,199.20 IN U.S. CURRENCY, | ) | |
| APPROXIMATELY $230.61 IN U.S. CURRENCY and, | ) | |
| APPROXIMATELY $1,067.15 IN U.S. CURRENCY | ) | |
| Defendants. | ) | |

It is hereby stipulated by and between the United States of America and Claimant Amen Ahmed Ali (hereafter "Claimant"), by and through his respective attorney, as follows:

1. On or about November 6, 2006, Claimant filed a claim, in the administrative forfeiture proceeding, with the Federal Bureau of Investigation with respect to the approximately $3,199.20 in U.S. Currency, approximately $230.61 in U.S. Currency, and approximately $1,067.15 in U.S. Currency (hereafter "currency"), which was seized on or about September 7, 2006.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for

any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 30, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to June 30, 2007.

Dated: March 30, 2007                McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Stephanie Hamilton Borchers
                                     STEPHANIE HAMILTON BORCHERS
                                     Assistant United States Attorney


Dated: March 29, 2007                /s/ David A. Torres
                                     DAVID A. TORRES
                                     Attorney for Claimant

                                     (Original signature retained by attorney)

IT IS SO ORDERED.

**Dated:   March 30, 2007         /s/ Oliver W. Wanger**
                    emm0d6UNITED STATES DISTRICT JUDGE

2