McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $3,199.20 IN U.S. CURRENCY, <br><br> APPROXIMATELY $230.61 IN U.S. CURRENCY and, <br><br> APPROXIMATELY $1,067.15 IN U.S. CURRENCY <br><br> Defendants. | 1:07-MC-00005-SMS <br><br> **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and Claimant Amen Ahmed Ali (hereafter "Claimant"), by and through his respective attorney, as follows:

1. On or about November 6, 2006, Claimant filed a claim, in the administrative forfeiture proceeding, with the Federal Bureau of Investigation with respect to the approximately $3,199.20 in U.S. Currency, approximately $230.61 in U.S. Currency, and approximately $1,067.15 in U.S. Currency (hereafter "currency"), which was seized on or about September 7, 2006.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than

1 the Claimant has filed a claim to the currency as required by law in the administrative forfeiture
2 proceeding.

3     3. On or about January 31, 2007, the United States and counsel for Claimant Amen
4 Ahmed Ali entered into a Stipulation Extending the United States' Time to File a Complaint for
5 Forfeiture and/or to Obtain an Indictment Alleging Forfeiture extending the complaint filing deadline
6 to March 30, 2007. The Court granted the extension on February 5, 2007.

7     4. On or about March 30, 2007, the United States and counsel for Claimant Amen
8 Ahmed Ali entered into a Stipulation Extending the United States' Time to File a Complaint for
9 Forfeiture and/or to Obtain an Indictment Alleging Forfeiture extending the complaint filing deadline
10 to June 30, 2007. The Court granted the extension on April 2, 2007.

11     5. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
12 forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to
13 forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings,
14 unless the court extends the deadline for good cause shown or by agreement of the parties.

15     6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to
16 July 31, 2007, the time in which the United States is required to file a civil complaint for forfeiture
17 against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to July 31, 2007.

Dated: July 2, 2007                McGREGOR W. SCOTT
                                   United States Attorney


                                    /s/ Stephanie Hamilton Borchers
                                   STEPHANIE HAMILTON BORCHERS
                                   Assistant United States Attorney


Dated: July 2, 2007                 /s/ David A. Torres
                                   DAVID A. TORRES
                                   Attorney for Claimant

                                   (Original signature retained by attorney)


IT IS SO ORDERED.

**Dated:   July 3, 2007**                    **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE