McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $3,199.20 IN U.S. CURRENCY,<br><br>APPROXIMATELY $230.61 IN U.S. CURRENCY and,<br><br>APPROXIMATELY $1,067.15 IN U.S. CURRENCY<br><br>Defendants. | 1:07-MC-00005-SMS<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and Claimant Amen Ahmed Ali (hereafter "Claimant"), by and through his respective attorney, as follows:

1. On or about November 6, 2006, Claimant filed a claim, in the administrative forfeiture proceeding, with the Federal Bureau of Investigation with respect to the approximately $3,199.20 in U.S. Currency, approximately $230.61 in U.S. Currency, and approximately $1,067.15 in U.S. Currency (hereafter "currency"), which was seized on or about September 7, 2006.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than

the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.    By Stipulation and Order filed on February 5, 2007, the parties stipulated to extend to March 30, 2007, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

5.    By Stipulation and Order filed on April 2, 2007, the parties stipulated to extend to June 30, 2007, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

6.    By Stipulation and Order filed on July 5, 2007, the parties stipulated to extend to July 31, 2007, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

7.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 31, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture. The parties request the extension as they have reached an agreement regarding disposition of the asset that should make filing a civil complaint unnecessary and need additional time to finalize the agreement.

///
///
///
///
///
///
///

1   8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to October 31, 2007.

Dated: July 25, 2007         McGREGOR W. SCOTT
                             United States Attorney


                              /s/ Stephanie Hamilton Borchers
                             STEPHANIE HAMILTON BORCHERS
                             Assistant United States Attorney


Dated: July 24, 2007          /s/ Richard M. Barnett
                             RICHARD M. BARNETT
                             Attorney for Claimant
                             (Original signature retained by attorney)

IT IS SO ORDERED.

**Dated:   August 7, 2007**            **/s/ Sandra M. Snyder**
                             UNITED STATES MAGISTRATE JUDGE