# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY $3,199.20 in U.S. Currency, et al.,<br><br>    Defendants. | 1:07-cv-01587 AWI GSA<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CONSOLIDATE CASE NUMBER 1:07-MC-00005 SMS WITH 1:07-CV-01587 AWI GSA** |

      In anticipation of a Initial Scheduling Conference set for February 15, 2012, the Court has reviewed this matter, and more particularly, the docket entries made in this case, to wit: 1:07-cv-01587 AWI GSA.  The docket does not reflect any appearance being made on behalf of any party other than the Government.  Previously, and again following review of the Joint Scheduling Report filed on February 8, 2012, it had come to the Court's attention that claims to the Defendant Currency, made on behalf of Amen Ahmed Ali and Zafran Ali, have been erroneously filed in the related miscellaneous action, to wit: 1:07-mc-00005 SMS.  In the Joint Scheduling Report, the parties "request that the miscellaneous case be consolidated with the instant civil forfeiture case."  (Doc. 24 at 4.)

In order to correct the aforementioned errors, and to aid in judicial and party efficiency, IT IS HEREBY ORDERED THAT the Clerk of the Court consolidate the entries from case number 1:07-mc-00005 SMS into the instant civil matter, ensuring the docket reflects claims having been filed on January 30, 2008.  Thereafter, the Clerk of the Court is directed to close case number 1:07-mc-00005 SMS.

IT IS SO ORDERED.

Dated:   **February 9, 2012**                              /s/ **Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

2